# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| PONIL RANCH, L.P.,<br><br>      Plaintiff,<br><br>v.<br><br>BOY SCOUTS OF AMERICA,<br><br>      Defendant. | Adv. Pro. No. 21-51185 (LSS) |

**ORDER APPROVING STIPULATION EXTENDING THE TIME TO
ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon consideration of the *Certification of Counsel Regarding Order Approving Stipulation Extending the Time to Answer, Move or Otherwise Respond to the Complaint* (the "Certification")[2] and the Stipulation; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further or other notice of the Stipulation need be given, except as provided for herein, it is hereby ORDERED that:

1. The Stipulation attached hereto as **Exhibit 1** is approved.

2. Defendant shall have through and including December 20, 2021, to answer, move or otherwise respond to the Complaint.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are defined in the Certification.

3. Except as specifically set forth herein, all rights, claims and defenses of the Parties shall be fully preserved.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: November 8th, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE