## EXHIBIT 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| PONIL RANCH, L.P., | |
| Plaintiff, | Adv. Pro. No. 21-51185 (LSS) |
| v. | |
| BOY SCOUTS OF AMERICA, | |
| Defendant. | |

**STIPULATION EXTENDING THE TIME TO ANSWER, MOVE OR OTHERWISE
RESPOND TO THE COMPLAINT**

Ponil Ranch, L.P. ("Plaintiff"), and Boy Scouts of America ("Defendant," and together with Plaintiff, the "Parties"), hereby agree and stipulate to the following:

WHEREAS, on October 19, 2021, Plaintiff filed the *Complaint* (A.D.I. 1) (the "Complaint") against Defendant, initiating the above-captioned adversary proceeding;

WHEREAS, Defendant's deadline to answer, move or otherwise respond to the Complaint is November 18, 2021;

WHEREAS, pursuant to Local Rule 7012-2, counsel to the Parties agree to extend the time for Defendant to answer, move or otherwise respond to the Complaint through and including December 20, 2021;

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

NOW THEREFORE, in consideration of the premises and mutual covenants contained herein and other valuable consideration, the receipt of which is hereby acknowledged, it is stipulated and agreed by and between the Parties, as follows:

1.      Defendant's time to answer, move or otherwise respond to the Complaint is extended through and including December 20, 2021.

2.      This extension is without prejudice to the rights of any party, including the right to agree to further extensions of time for the filing of the answer or other response, or the right of Defendant to seek further extensions of time from the Court to answer, move or otherwise respond to the Complaint, and Plaintiff's rights to oppose any such requests by Defendant.

[*Remainder of this page intentionally left blank*]

Dated: November 3, 2021

**COZEN O'CONNOR**

*/s/ Thomas M. Horan*
Thomas M. Horan (No. 4641)
1201 North Market Street, Suite 1001
Wilmington, Delaware 19899-1347
Telephone:  (302) 295-2045
Fax: (302) 250-4363
Email: thoran@cozen.com

– and –

**GRAY REED**
Jason S. Brookner
Lydia R. Webb
Sahrish K. Soleja
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile:  (214) 953-1332
Email: jbrookner@grayreed.com
          lwebb@grayreed.com
          ssoleja@grayreed.com

*Counsel to Ponil Ranch, L.P.*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
          aremming@morrisnichols.com
          ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (*admitted pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice)*
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email:  mandolina@whitecase.com
          mlinder@whitecase.com
          laura.baccash@whitecase.com
          blair.warner@whitecase.com

*Attorneys to the Debtors and Debtors in Possession*